**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00355-CV

**ERIC DRAKE, Appellant**

**V.**

**STEPHEN WALKER, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06774-D**

## ORDER

Before the Court is appellant's May 13, 2014 motion requesting the Court to reconsider his objection to the consolidation of two of his appeals and to grant him an extension of time to file his combined brief. Appellant timely filed his combined brief on May 20, 2014. Accordingly, to the extent appellant requests an extension, we **DENY** the motion as moot. In all other respects, we **DENY** appellant's motion.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE